UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAVONEY DEVON ROBERTS,
    Plaintiff,

vs.                                    Case No.:  3:23-cv-9073/MCR/ZCB

KENNETH SUMPTER,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on April 12, 2024. (Doc. 37). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 37) is adopted and incorporated by reference in this order.

2.    The Defendant's Motion to Dismiss, (Doc. 19), is **GRANTED**.

3. All pending motions are **DENIED as moot.**

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 16th day of August 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**